UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| Mary Donna Downs | Case No.: 17-31346 |
| | Chapter 13 |
| Debtor. | Judge Thomas H. Fulton |
| | * * * * * * * * * * * * * * * * * * * * |

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 17) AS TO REAL PROPERTY LOCATED AT 8408 ARBOR MEADOW WAY, LOUISVILLE, KY 40228

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by Ditech Financial LLC ("Movant") as Docket Number 17; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of Mary Donna Downs ("Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of July 2017 and subsequent months, incurring a total post-petition arrearage of $5,078.45, which consists of 5 post-petition payments for July 2017 through November 2017 at $879.49 each, and attorney fees and costs of $681.00. There is $120.51 in suspense, which reduces the total post-petition arrearage to $4,957.94.

17-026835_BAS

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept, the following lump sum payments:

   a. $826.34 on or before December 15, 2017;

   b. $826.32 on or before January 15, 2018;

   c. $826.32 on or before February 15, 2018;

   d. $826.32 on or before March 15, 2018;

   e. $826.32 on or before April 15, 2018;

   f. $826.32 on or before May 15, 2018.

   The lump sum payments due above are in addition to the regular monthly mortgage payment due and owing for said months.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the December 1, 2017 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. The following are events of default under this Agreed Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due dates; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

8. Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Creditor, its successors and assigns shall be terminated without further notice by the filing of a Certificate of Non-Compliance.

**IT IS SO ORDERED.**

Submitted by:

Thomas H. Fulton
United States Bankruptcy Judge

Dated: November 27, 2017

/s/ John R. Cummins

John Cummins (84631)
Amy E. Gardner (93532)
P.O. Box 165028 Columbus,
OH  43216-5028 Telephone:
614-220-5611 Fax:
614-627-8181
Email:
aeg@manleydeas.com
Attorney for Creditor

/s/ Julie Ann O'Bryan
Julie Ann O'Bryan
Suite 17
1717 Alliant Ave.
Louisville, KY  40299
Telephone:  502-339-0222
Fax:  502-339-0046
Email:  rebecca@obryanlawoffices.com
Attorney for Debtor

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202 (notified by ecf)

William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202 (notified by ecf)

Julie Ann O'Bryan, Attorney for Debtor, Suite 17, 1717 Alliant Ave., Louisville, KY  40299 (notified by ecf)

Mary Donna Downs, Debtor, 8408 Arbor Meadow Way, Louisville, KY 40228 (notified by regular US Mail)

Berkshire Hathaway HomeServices, Party of Interest, Parks & Weisberg Realtors, 295 N. Hubbards Lane, Suite 102, Louisville, KY  40207 (notified by regular US Mail)